DocuSign Envelope ID: A1E9A76B-8AD1-46D7-9DF5-BAD6FFD4DC4B

# CONSENT TO JOIN COLLECTIVE ACTION
## Pursuant to Fair Labor Standards Act
## 29 U.S.C. § 216(b)

**Maxfield, et al. v. Utah Department of Alcoholic Beverage Control ("DABC"), et al.**

Name: __Alison Cicala_____

1. I am over the age of eighteen, competent to give my consent in this matter, and am employed as a Package Agent (as defined in the *Complaint*) with the DABC.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938 ("FLSA"), as amended, 29 U.S.C. § 201, *et seq.*, to recover alleged unpaid minimum wages, overtime, and other benefits owed to me, including liquidated damages. I hereby consent, agree, and opt in to become a Plaintiff herein and be bound by any judgment by the Court or any settlement of this action.

3. Pursuant to Section 16(b) of the FLSA, I consent and agree to pursue my claims for unpaid minimum wage and overtime amounts that I allege are due to me for work I performed for the DABC and for which I allege DABC is liable.

4. I choose to be represented by collective counsel Olson Harnish Law PLLC and Steele Adams Hosman under the terms set forth in their engagement agreement for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

5. I also designate any named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

9/14/2021  
_____  
Date

DocuSigned by:  
*Alison Cicala*  
E9354CCF64394F4...  
_____  
Signature

DocuSign Envelope ID: 539C52DB-7741-41C4-BA8C-2936F171EE04

# CONSENT TO JOIN COLLECTIVE ACTION
## Pursuant to Fair Labor Standards Act
### 29 U.S.C. § 216(b)

**Maxfield, et al. v. Utah Department of Alcoholic Beverage Control ("DABC"), et al.**

Name: __Barbara Jo Adams_____

1. I am over the age of eighteen, competent to give my consent in this matter, and am employed as a Package Agent (as defined in the *Complaint*) with the DABC.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938 ("FLSA"), as amended, 29 U.S.C. § 201, *et seq.*, to recover alleged unpaid minimum wages, overtime, and other benefits owed to me, including liquidated damages. I hereby consent, agree, and opt in to become a Plaintiff herein and be bound by any judgment by the Court or any settlement of this action.

3. Pursuant to Section 16(b) of the FLSA, I consent and agree to pursue my claims for unpaid minimum wage and overtime amounts that I allege are due to me for work I performed for the DABC and for which I allege DABC is liable.

4. I choose to be represented by collective counsel Olson Harnish Law PLLC and Steele Adams Hosman under the terms set forth in their engagement agreement for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

5. I also designate any named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

9/14/2021  
_____  
Date

DocuSigned by:  
*Barb Adams*  
56C470173E4E46E...  
_____  
Signature

DocuSign Envelope ID: 0FF4E3D4-1EC8-4D9F-979B-25E3EAE958BD

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to Fair Labor Standards Act**
**29 U.S.C. § 216(b)**

**Maxfield, et al. v. Utah Department of Alcoholic Beverage Control ("DABC"), et al.**

Name: __Calvin ockey_____

1. I am over the age of eighteen, competent to give my consent in this matter, and am employed as a Package Agent (as defined in the *Complaint*) with the DABC.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938 ("FLSA"), as amended, 29 U.S.C. § 201, *et seq.*, to recover alleged unpaid minimum wages, overtime, and other benefits owed to me, including liquidated damages. I hereby consent, agree, and opt in to become a Plaintiff herein and be bound by any judgment by the Court or any settlement of this action.

3. Pursuant to Section 16(b) of the FLSA, I consent and agree to pursue my claims for unpaid minimum wage and overtime amounts that I allege are due to me for work I performed for the DABC and for which I allege DABC is liable.

4. I choose to be represented by collective counsel Olson Harnish Law PLLC and Steele Adams Hosman under the terms set forth in their engagement agreement for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

5. I also designate any named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

9/14/2021

DocuSigned by: Calvin Ockey
A3059E2293E347E...

Date              Signature

DocuSign Envelope ID: D4E64788-5A6D-423C-AAA4-0EE8FAD28068

# CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. § 216(b)

**Maxfield, et al. v. Utah Department of Alcoholic Beverage Control ("DABC"), et al.**

Name: Sammi Wilcox
_____

1. I am over the age of eighteen, competent to give my consent in this matter, and am employed as a Package Agent (as defined in the *Complaint*) with the DABC.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938 ("FLSA"), as amended, 29 U.S.C. § 201, *et seq.*, to recover alleged unpaid minimum wages, overtime, and other benefits owed to me, including liquidated damages. I hereby consent, agree, and opt in to become a Plaintiff herein and be bound by any judgment by the Court or any settlement of this action.

3. Pursuant to Section 16(b) of the FLSA, I consent and agree to pursue my claims for unpaid minimum wage and overtime amounts that I allege are due to me for work I performed for the DABC and for which I allege DABC is liable.

4. I choose to be represented by collective counsel Olson Harnish Law PLLC and Steele Adams Hosman under the terms set forth in their engagement agreement for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

5. I also designate any named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

9/14/2021    Signature: Sammi Wilcox (DocuSigned, 7193539E75384AE)
_____    _____
Date                                                    Signature

DocuSign Envelope ID: AE7F3E5C-D8DC-4812-8B16-58D8171DA4C9

# CONSENT TO JOIN COLLECTIVE ACTION
## Pursuant to Fair Labor Standards Act
## 29 U.S.C. § 216(b)

**Maxfield, et al. v. Utah Department of Alcoholic Beverage Control ("DABC"), et al.**

Name: VICTORIA BOWER
_____

1. I am over the age of eighteen, competent to give my consent in this matter, and am employed as a Package Agent (as defined in the *Complaint*) with the DABC.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938 ("FLSA"), as amended, 29 U.S.C. § 201, *et seq.*, to recover alleged unpaid minimum wages, overtime, and other benefits owed to me, including liquidated damages. I hereby consent, agree, and opt in to become a Plaintiff herein and be bound by any judgment by the Court or any settlement of this action.

3. Pursuant to Section 16(b) of the FLSA, I consent and agree to pursue my claims for unpaid minimum wage and overtime amounts that I allege are due to me for work I performed for the DABC and for which I allege DABC is liable.

4. I choose to be represented by collective counsel Olson Harnish Law PLLC and Steele Adams Hosman under the terms set forth in their engagement agreement for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

5. I also designate any named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

9/13/2021  
_____  
Date

DocuSigned by:  
*Vicky Bower*  
AFCAB8E1978E416  
_____  
Signature

DocuSign Envelope ID: 18479A76-4F12-4B5E-8167-C85F3F69A7AE

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to Fair Labor Standards Act**
**29 U.S.C. § 216(b)**

**Maxfield, et al. v. Utah Department of Alcoholic Beverage Control ("DABC"), et al.**

Name: __Heather Dawn Hart_____

1. I am over the age of eighteen, competent to give my consent in this matter, and am employed as a Package Agent (as defined in the *Complaint*) with the DABC.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938 ("FLSA"), as amended, 29 U.S.C. § 201, *et seq.*, to recover alleged unpaid minimum wages, overtime, and other benefits owed to me, including liquidated damages. I hereby consent, agree, and opt in to become a Plaintiff herein and be bound by any judgment by the Court or any settlement of this action.

3. Pursuant to Section 16(b) of the FLSA, I consent and agree to pursue my claims for unpaid minimum wage and overtime amounts that I allege are due to me for work I performed for the DABC and for which I allege DABC is liable.

4. I choose to be represented by collective counsel Olson Harnish Law PLLC and Steele Adams Hosman under the terms set forth in their engagement agreement for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

5. I also designate any named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

9/13/2021
_____
Date

DocuSigned by:
*Heather Hart*
D64E9EB7A4FE434...
_____
Signature

DocuSign Envelope ID: 5BE08490-3BB1-412D-85A4-3DCC4374B7C0

# CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. § 216(b)

**Maxfield, et al. v. Utah Department of Alcoholic Beverage Control ("DABC"), et al.**

Name: Cheree Kahrs
_____

1. I am over the age of eighteen, competent to give my consent in this matter, and am employed as a Package Agent (as defined in the *Complaint*) with the DABC.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938 ("FLSA"), as amended, 29 U.S.C. § 201, *et seq.*, to recover alleged unpaid minimum wages, overtime, and other benefits owed to me, including liquidated damages. I hereby consent, agree, and opt in to become a Plaintiff herein and be bound by any judgment by the Court or any settlement of this action.

3. Pursuant to Section 16(b) of the FLSA, I consent and agree to pursue my claims for unpaid minimum wage and overtime amounts that I allege are due to me for work I performed for the DABC and for which I allege DABC is liable.

4. I choose to be represented by collective counsel Olson Harnish Law PLLC and Steele Adams Hosman under the terms set forth in their engagement agreement for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

5. I also designate any named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

9/14/2021

Date

Signature: Cheree Kahrs (DocuSigned, F8FE101C638946C...)

DocuSign Envelope ID: 1C736FDA-4A6F-47A7-8C4F-8AF82E868FA9

# CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. § 216(b)

**Maxfield, et al. v. Utah Department of Alcoholic Beverage Control ("DABC"), et al.**

Name: _____Jay Clayton_____

1. I am over the age of eighteen, competent to give my consent in this matter, and am employed as a Package Agent (as defined in the *Complaint*) with the DABC.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938 ("FLSA"), as amended, 29 U.S.C. § 201, *et seq.*, to recover alleged unpaid minimum wages, overtime, and other benefits owed to me, including liquidated damages. I hereby consent, agree, and opt in to become a Plaintiff herein and be bound by any judgment by the Court or any settlement of this action.

3. Pursuant to Section 16(b) of the FLSA, I consent and agree to pursue my claims for unpaid minimum wage and overtime amounts that I allege are due to me for work I performed for the DABC and for which I allege DABC is liable.

4. I choose to be represented by collective counsel Olson Harnish Law PLLC and Steele Adams Hosman under the terms set forth in their engagement agreement for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

5. I also designate any named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

9/14/2021 — Date

Signature: Jay Clayton (DocuSigned by, F8EE101C638946C)

# CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to Fair Labor Standards Act**
**29 U.S.C. § 216(b)**

**Maxfield, et al. v. Utah Department of Alcoholic Beverage Control ("DABC"), et al.**

Name: **Michael Wyrick**

1. I am over the age of eighteen, competent to give my consent in this matter, and am employed as a Package Agent (as defined in the *Complaint*) with the DABC.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938 ("FLSA"), as amended, 29 U.S.C. § 201, *et seq.*, to recover alleged unpaid minimum wages, overtime, and other benefits owed to me, including liquidated damages. I hereby consent, agree, and opt in to become a Plaintiff herein and be bound by any judgment by the Court or any settlement of this action.

3. Pursuant to Section 16(b) of the FLSA, I consent and agree to pursue my claims for unpaid minimum wage and overtime amounts that I allege are due to me for work I performed for the DABC and for which I allege DABC is liable.

4. I choose to be represented by collective counsel Olson Harnish Law PLLC and Steele Adams Hosman under the terms set forth in their engagement agreement for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

5. I also designate any named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

9-14-2021
Date

_____
Signature

# CONSENT TO JOIN COLLECTIVE ACTION
## Pursuant to Fair Labor Standards Act
### 29 U.S.C. § 216(b)

**Maxfield, et al. v. Utah Department of Alcoholic Beverage Control ("DABC"), et al.**

Name: **LeeAnne Maxfield**

1. I am over the age of eighteen, competent to give my consent in this matter, and am employed as a Package Agent (as defined in the *Complaint*) with the DABC.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938 ("FLSA"), as amended, 29 U.S.C. § 201, *et seq.*, to recover alleged unpaid minimum wages, overtime, and other benefits owed to me, including liquidated damages. I hereby consent, agree, and opt in to become a Plaintiff herein and be bound by any judgment by the Court or any settlement of this action.

3. Pursuant to Section 16(b) of the FLSA, I consent and agree to pursue my claims for unpaid minimum wage and overtime amounts that I allege are due to me for work I performed for the DABC and for which I allege DABC is liable.

4. I choose to be represented by collective counsel Olson Harnish Law PLLC and Steele Adams Hosman under the terms set forth in their engagement agreement for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

5. I also designate any named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

9-14-2021
Date

*/s/ LeeAnne Maxfield*
Signature

DocuSign Envelope ID: D275C843-B6A2-4229-B7F8-3465C4B5B605

# CONSENT TO JOIN COLLECTIVE ACTION
## Pursuant to Fair Labor Standards Act
## 29 U.S.C. § 216(b)

**Maxfield, et al. v. Utah Department of Alcoholic Beverage Control ("DABC"), et al.**

Name: ___Jodi Rowley_____

1. I am over the age of eighteen, competent to give my consent in this matter, and am employed as a Package Agent (as defined in the *Complaint*) with the DABC.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938 ("FLSA"), as amended, 29 U.S.C. § 201, *et seq.*, to recover alleged unpaid minimum wages, overtime, and other benefits owed to me, including liquidated damages. I hereby consent, agree, and opt in to become a Plaintiff herein and be bound by any judgment by the Court or any settlement of this action.

3. Pursuant to Section 16(b) of the FLSA, I consent and agree to pursue my claims for unpaid minimum wage and overtime amounts that I allege are due to me for work I performed for the DABC and for which I allege DABC is liable.

4. I choose to be represented by collective counsel Olson Harnish Law PLLC and Steele Adams Hosman under the terms set forth in their engagement agreement for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

5. I also designate any named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

9/14/2021

Date

Signature: *Jodi Rowley* (DocuSigned by: 206442677A5A43A...)

DocuSign Envelope ID: 41B697DB-107A-40BA-B65A-84701F4C042E

# CONSENT TO JOIN COLLECTIVE ACTION
## Pursuant to Fair Labor Standards Act
## 29 U.S.C. § 216(b)

**Maxfield, et al. v. Utah Department of Alcoholic Beverage Control ("DABC"), et al.**

Name: Lisa ockey
_____

1. I am over the age of eighteen, competent to give my consent in this matter, and am employed as a Package Agent (as defined in the *Complaint*) with the DABC.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938 ("FLSA"), as amended, 29 U.S.C. § 201, *et seq.*, to recover alleged unpaid minimum wages, overtime, and other benefits owed to me, including liquidated damages. I hereby consent, agree, and opt in to become a Plaintiff herein and be bound by any judgment by the Court or any settlement of this action.

3. Pursuant to Section 16(b) of the FLSA, I consent and agree to pursue my claims for unpaid minimum wage and overtime amounts that I allege are due to me for work I performed for the DABC and for which I allege DABC is liable.

4. I choose to be represented by collective counsel Olson Harnish Law PLLC and Steele Adams Hosman under the terms set forth in their engagement agreement for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

5. I also designate any named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

9/14/2021  
_____  
Date

DocuSigned by:  
Lisa Ockey  
131E75CBC6D84AB...  
_____  
Signature

# CONSENT TO JOIN COLLECTIVE ACTION
## Pursuant to Fair Labor Standards Act
## 29 U.S.C. § 216(b)

**Maxfield, et al. v. Utah Department of Alcoholic Beverage Control ("DABC"), et al.**

Name: _Boyd A. Brotherson_

1. I am over the age of eighteen, competent to give my consent in this matter, and was employed as a Package Agent (as defined in the *Complaint*) with the DABC.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938 ("FLSA"), as amended, 29 U.S.C. § 201, *et seq.*, to recover alleged unpaid minimum wages, overtime, and other benefits owed to me, including liquidated damages. I hereby consent, agree, and opt in to become a Plaintiff herein and be bound by any judgment by the Court or any settlement of this action.

3. Pursuant to Section 16(b) of the FLSA, I consent and agree to pursue my claims for unpaid minimum wage and overtime amounts that I allege are due to me for work I performed for the DABC and for which I allege DABC is liable.

4. I choose to be represented by collective counsel Olson Harnish Law PLLC and Steele Adams Hosman under the terms set forth in their engagement agreement for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

5. I also designate any named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

Date: 9/14/21

Signature: _Boyd A. Brotherson_