THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| LEEANNE MAXFIELD, et al.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UTAH DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL, et al.,<br><br>　　　　　　Defendant. | **MEMORANDUM DECISION AND ORDER GRANTING PLAINTIFFS' MOTION AND MEMORANDUM TO DISMISS LEEANNE MAXFIELD WITHOUT PREJUDICE UNDER RULE 41(A)(2) OR, ALTERNATIVELY, TO SEVER/DROP LEEANNE MAXFIELD UNDER RULE 21**<br><br>Case No. 4:21-cv-00099-DN-PK<br><br>District Judge David Nuffer |

Plaintiffs Lee Anne Maxfield, Jay Clayton, Cheree Kahrs, Jodi Rowley, Victoria Bower, Heather Dawn Hart, Alison Cicala, Calvin Ockey, and Lisa Ockey (collectively "Plaintiffs") move to Dismiss Leeanne Maxfield Without Prejudice Under Rule 41(A)(2) or, alternatively, to Sever/Drop Leeanne Maxfield Under Rule 21 ("Motion").[1]

Under Federal Rule of Civil Procedure 41(a)(2) "the plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared."[2] The Motion was submitted unilaterally by Plaintiffs without Defendant's signature.[3]

---

[1] Plaintiffs' Motion and Memorandum to Dismiss Leeanne Maxfield Without Prejudice Under Rule 41(A)(2) or, Alternatively, to Sever/Drop Leeanne Maxfield Under Rule 21 ("Motion"), docket no. 96, filed June 24, 2026.

[2] Fed. R. Civ. P. 41; *Strege v. Gmail-Google*, No. 24-2012, 2024 WL 3175746, at *1 (10th Cir. June 26, 2024), *cert. dismissed,* 145 S. Ct. 357, 220 L. Ed. 2d 129 (2024), *reconsideration denied,* 145 S. Ct. 588, 220 L. Ed. 2d 229 (2024)

[3] Motion at 3-4.

Therefore, Defendants were ordered to "file a statement of their position on the Motion by July 9, 2026 at 12:00 noon."[4]

Defendants timely filed a response stating, "[t]he Defendants do not oppose and would stipulate to the dismissal of Leeanne Maxfield under Federal Rules of Civil Procedure 41(a)(2)."[5]

In light of Defendant's response, the Motion is GRANTED.

### ORDER

IT IS HEREBY ORDERED that Plaintiff's Motion to Dismiss Leeanne Maxfield Without Prejudice Under Rule 41(A)(2) is GRANTED.[6]

IT IS FURTHER ORDERED:

1.    Plaintiff LeeAnne Maxfield's individual claims are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). As such, LeeAnne Maxfield is dropped as a party and her claims are severed pursuant to Federal Rule of Civil Procedure 21.

2.    Remaining Plaintiffs are ordered to file a status report by July 30, 2026, at 12:00 PM regarding if this case will continue under a new lead Plaintiff or be dismissed. Signed June 30, 2026.

BY THE COURT

_____
David Nuffer, United States District Judge

---

[4] Docket Text Order, docket no. 97, filed June 26, 2026.

[5] Defendant's Response to Motion Re 96 Motion to Dismiss Party Leeanne Maxfield Motion to Sever Leeanne Maxfield's Claims, docket no. 98, filed June 30, 2026.

[6] Plaintiffs' Motion and Memorandum to Dismiss Leeanne Maxfield Without Prejudice Under Rule 41(A)(2) or, Alternatively, to Sever/Drop Leeanne Maxfield Under Rule 21 ("Motion"), docket no. 96, filed June 24, 2026.